IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRYANT,<br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, Secretary,<br>Pennsylvania Department of<br>Corrections; LOUIS FOLINO,<br>Superintendent of the State<br>Correctional Institution at<br>Greene,<br>    Respondents. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-1080<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

AND NOW, this 16th day of December, 2006, it is hereby ORDERED and DIRECTED that the parties shall file a joint statement on April 2, 2007, notifying the Court of the current status of Petitioner's penalty proceedings and the outcome, if any, of Petitioner's sentencing hearing.

BY THE COURT:

_____, J.

cc:  All counsel of record