IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRYANT,<br>      Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, Secretary,<br>Pennsylvania Department of<br>Corrections; LOUIS FOLINO,<br>Superintendent of the State<br>Correctional Institution at<br>Greene,<br>      Respondents. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-1080<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2nd ORDER

AND NOW, this 2 day of April, 2007, it is hereby ORDERED and DIRECTED that the parties shall file a joint statement on October 31, 2007, notifying the Court of the current status of Petitioner's penalty proceedings and the outcome, if any, of Petitioner's sentencing hearing.

BY THE COURT:

_____, J.

cc: All counsel of record