IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRYANT,<br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, Secretary,<br>Pennsylvania Department of<br>Corrections; LOUIS FOLINO,<br>Superintendent of the State<br>Correctional Institution at<br>Greene,<br>    Respondents. | CIVIL ACTION NO. 05-1080 |

**O R D E R**

AND NOW, this 30th day of November, 2007, it is hereby ORDERED and DIRECTED that the parties shall file a joint statement on March 31, 2008, notifying the Court of the current status of Petitioner's penalty proceedings and the outcome, if any, of Petitioner's sentencing hearing.

BY THE COURT:

_____, J.

cc: All counsel of record