IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BRYANT,<br>    Petitioner,<br><br>v.<br><br>JEFFREY BEARD, Secretary,<br>Pennsylvania Department of<br>Corrections; LOUIS FOLINO,<br>Superintendent of the State<br>Correctional Institution at<br>Greene,<br>    Respondents. | CIVIL ACTION NO. 05-1080 |

## O R D E R

AND NOW, this 31st day of March, 2008, it is hereby ORDERED and DIRECTED that the parties shall file a joint statement on or before September 30, 2008, notifying the Court of the current status of Petitioner's penalty proceedings and the outcome, if any, of Petitioner's sentencing hearing.

BY THE COURT:

_____, J.

cc: All counsel of record