**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT BRYANT,
      Petitioner,

    v.                      CIVIL ACTION NO. 05-1080

JEFFREY BEARD, Secretary,
Pennsylvania Department of
Corrections; LOUIS FOLINO,
Superintendent of the State
Correctional Institution at
Greene,
      Respondents.

## O R D E R

AND NOW, this 2ⁿᵈ day of Aug , 2010, it is hereby
ORDERED that the parties shall file a joint statement on or
before December 31, 2010, notifying the Court of the current
status of Petitioner's penalty proceedings and the outcome, if
any, of Petitioner's sentencing hearing.

BY THE COURT:

_____, J.
Hon. Gary L. Lancaster
Chief United States District Judge

cc: All counsel of record